Jonathan D. Clemente
CLEMENTE MUELLER, P.A.
222 Ridgedale Avenue
Cedar Knolls, NJ 07927
(973) 455-8008
*Liaison Counsel for Direct Purchaser Class Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re Neurontin Antitrust Litigation* | Master File No. 02-1390 |
| **THIS DOCUMENT RELATES TO:** | |
| **LOUISIANA WHOLESALE DRUG COMPANY, INC., MEIJER, INC. and MEIJER DISTRIBUTION, INC.,** on behalf of themselves and all others similarly situated, | Civil Action No. 02-1830<br>Civil Action No. 02-2731 |
| Plaintiffs, | |
| v. | |
| **PFIZER, INC. and WARNER-LAMBERT CO.,** | |
| Defendants. | |

## NOTICE OF MOTION IN SUPPORT OF
## DIRECT PURCHASER CLASS PLAINTIFFS'
## <u>MOTION FOR FINAL APPROVAL OF SETTLEMENT</u>

TO: ALL COUNSEL ON ATTACHED DISRIBUTION LIST

PLEASE TAKE NOTICE that on July 31, 2014, at 10:00 a.m. or as soon thereafter as counsel may be heard, the undersigned attorneys for Direct Purchaser Class Plaintiffs in the above-captioned action shall move before United States District Court, District of New Jersey, Newark Office, M.L. King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for the entry of an order that provides for: (i) final approval by the Court of the Settlement of the above-captioned action; (ii) a determination that Plaintiffs' Settlement Notice satisfied due process requirements; and (iii) approval of Plaintiffs' Plan of Allocation.

In support of this motion, Plaintiffs rely upon the Memorandum of Law in Support of Direct Purchaser Class Plaintiffs' Motion for Final Approval of Settlement, as well as the Joint Declaration of Bruce E. Gerstein and Richard J. Kilsheimer in Support of Direct Purchaser Class Plaintiffs' Motions for Final Approval of Settlement And For An Award of Attorneys' Fees, Reimbursement of Expenses and Incentive Awards to Class Representatives, and Plaintiffs' Plan of Allocation for Direct Purchaser Class, all submitted concurrently herewith.

A proposed form of Order is submitted concurrently herewith.

Date:  July 1, 2014                         CLEMENTE MUELLER, PA


                                                 By: /s *Jonathan D. Clemente*
                                                      Jonathan D. Clemente
                                                      222 Ridgedale Avenue
                                                      Cedar Knolls, NJ 07927
                                                      (973) 455-800
                                                      *Liaison Counsel for Direct Purchaser Class Plaintiffs*

| GARWIN GERSTEIN & FISHER, L.L.P. | KAPLAN FOX & KILSHEIMER, LLP |
|---|---|
| Bruce E. Gerstein | Robert N. Kaplan |
| 88 Pine Street, 10th Floor | Richard J. Kilsheimer |
| New York, NY 10005 | 850 Third Avenue, 14th Floor |
| Tel.: (212) 398-0055 | New York, NY 10022 |
| Fax: (212 764-6620 | Tel.: (212) 687-1980 |
|  | Fax: (212) 687-7714 |


*Co-lead Counsel for the Direct Purchaser Class Plaintiffs*


| ODOM & DES ROCHES, L.L.P. | SMITH SEGURA & RAPHAEL LLP |
|---|---|
| John Gregory Odom | David P. Smith |
| Stuart E. Des Roches | 720 Murray Street |
| Suite 2020, Poydras Center | P.O. Box 1632 |
| 650 Poydras Street | Alexandria, LA 71309 |
| New Orleans, LA 70130 | Tel.: (318) 445-4480 |
| Tel.: (504) 522-0077 | Fax: (318) 487-1741 |
| Fax: (504) 522-0078 |  |

| SPERLING & SLATER, P.C. | BERGER & MONTAGUE, P.C. |
|---|---|
| Paul E. Slater | Daniel Berger |
| 55 West Monroe Street | Eric L. Cramer |
| Suite 3200 | Ellen T. Noteware |
| Chicago, IL 60603 | 1622 Locust Street |
| Tel.: (312) 641-3200 | Philadelphia, PA 19103 |

Fax:  (312) 641-6490

Tel.:  (215) 875-3000
Fax:  (215) 875-4604

VANEK, VICKERS & MASINI, P.C.
Joseph M. Vanek
David P. Germaine
111 S. Wacker, Suite 4050
Chicago, IL  60606
Tel.:  (312) 224-1500
Fax:  (312) 224-1510

HEIM PAYNE & CHORUSH LLP
Russell A. Chorush
600 Travis, suite 6710
Houston, Texas 77002
Tel.: (713) 221-2000
Fax: (713) 221-2021

GRANT & EISENHOFER, P.A.
Linda P. Nussbaum
485 Lexington Ave., 29th Fl.
New York, NY 10017
Tel.: (646) 722-8504
Fax: (646) 722-8501

KOHN, SWIFT & GRAF, P.C.
Joseph C. Kohn
One South Broad Street
Suite 2100
Philadelphia, PA  19107
Tel.:  (215) 238-1700
Fax:  (215) 238-1968

KOZYAK TROPIN & THROCKMORTON, P.A.
Adam Moskowitz
2800 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL  33131-2335
Tel.:  (305) 377-0652
Fax:  (305) 372-3508